UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| SUZANNA THURMON SLIGH | ) | |
| | ) | CASE NO. A12-54436-BEM |
| | ) | |
| DEBTOR | ) | |

**MOTION TO DISMISS**

Comes now MARY IDA TOWNSON, TRUSTEE in the above styled matter, and respectfully shows the Court as follows:

1. Debtor filed a petition for relief under Chapter 13.

2. Debtor has failed to comply with this Court's Order requiring regular monthly payments to the Trustee. As of November 05, 2012, the Debtor should have paid $2,484.00. The Debtor has paid a total of $1,547.00, causing a delinquency of $937.00.

3. Debtor's case will exceed the 60 month pay out, contrary to 11 U.S.C. 1322(d).

WHEREFORE, the Chapter 13 Trustee requests this case be dismissed.

/S/
MARY IDA TOWNSON,TRUSTEE
State Bar No. 715063
191 Peachtree Street, Suite 2200
Atlanta, GA  30303-1740
(404) 525-1110

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| SUZANNA THURMON SLIGH | ) | |
| | ) | CASE NO. A12-54436-BEM |
| | ) | |
| DEBTOR | ) | |

### NOTICE OF HEARING ON MOTION TO DISMISS CASE

PLEASE TAKE NOTE that the Chapter 13 Trustee has filed a Motion To Dismiss and related exhibits with the Court seeking an Order Of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **December 11, 2012** at **10:30 AM** in **Courtroom 1402**, **Richard Russell Building, 75 Spring Street, SW, Atlanta, GA, 30303**.

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case. You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case (if you do not have an attorney, you may wish to consult one). If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This day, November 09, 2012.

/s/
Mary Ida Townson
Standing Chapter 13 Trustee
State Bar No. 715063
191 Peachtree Street, Suite 2200
Atlanta, GA 30303
(404) 525-1110

## CERTIFICATE OF SERVICE

A12-54436-BEM

This is to Certify that I have this day served

| Trustee Address On File | Bankruptcy Court Address On File |
|---|---|
| SUZANNA THURMON SLIGH<br>785 SUNSET RIDGE LANE<br>LAWRENCEVILLE, GA  30045 | (Same as Trustee Address) |

SAEDI LAW GROUP, LLC
3006 CLAIRMONT RD
SUITE 103
ATLANTA, GA  30329

with a copy of the foregoing Motion to Dismiss together with the Notice of Hearing on Motion to

Dismiss Case by depositing in the United States Mail a copy of same in a properly addressed

envelope with adequate postage thereon.

DATED: 11/9/2012

/S/
MARY IDA TOWNSON,TRUSTEE
State Bar No. 715063
191 Peachtree Street, Suite 2200
Atlanta, GA  30303-1740
(404) 525-1110