# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **IN RE**: | } CASE NUMBER 12-54436-bem |
| | } |
| Suzanna Thurmon Sligh | } CHAPTER 13 |
| | } |
| **DEBTOR** | } |

### DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS

COMES NOW DEBTOR and makes this response to Trustee's Motion to Dismiss this case.

Debtor shows this Court that this Chapter 13 Plan will be amended to comply with requirements of the Bankruptcy Code.

WHEREFORE, Debtor prays that this Case not be dismissed, and for such other and further relief as the Court deems appropriate and just.

Dated:  Monday, November 12, 2012

Saedi Law Group, LLC
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | CASE NUMBER 12-54436-bem |
| | } | |
| Suzanna Thurmon Sligh | } | CHAPTER 13 |
| | } | |
| **DEBTOR** | } | |

## CERTIFICATE OF SERVICE

The undersigned hereby swears or affirms that a copy of the foregoing pleading has been mailed to the following with sufficient postage affixed thereto to ensure delivery by first-class United States mail or by electronic means pursuant to Fed. R. Civ. P.(b)(2)(D) and Fed. R. Bankr. P. 9022:

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street, N.E.
Suite 2200
Atlanta, GA 30303

Suzanna Thurmon Sligh
785 Sunset Ridge Lane
Lawrenceville, GA 30045

Dated: Monday, November 12, 2012

Saedi Law Group, LLC
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com