**IT IS ORDERED as set forth below:**

**Date: February 21, 2013**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

```
           UNITED STATES BANKRUPTCY COURT
            NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION


IN RE: SUZANNA T. SLIGH,        {   CHAPTER 13
                                {
       DEBTOR(S)                {   CASE NO.: A12-54436-BEM
                                {
                                {   JUDGE ELLIS-MONRO
```

**ORDER DENYING MOTION TO DISMISS HELD FEBRUARY 5, 2013**

The above-styled matter came before the Court, and it appearing to the Court, that an agreement was made at the call of the Court's calendar, to a payment arrangement on a strict compliance basis. It is

HEREBY ORDERED, that the regular Chapter 13 Plan payments shall be remitted to the Chapter 13 plan, commencing with the next plan payment following the entry date of this Order and continuing for twelve (12) months following entry of this Order on a strict compliance basis. It is

FURTHER ORDERED, that should a default occur with any of the above-stated terms the Trustee may submit a Supplemental Report recommending dismissal, and on receipt of such report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice or hearing.

The Clerk of Court is directed to serve a copy of this Order on Debtor, the Debtor's Attorney, and the Chapter 13 Trustee.

End of Document


Presented by:


_____/s_____
Sonya M. Buckley, Esq.
for Chapter 13 Trustee
GA Bar No. 140987
191 Peachtree Street, N.E. Suite 2200
Atlanta, Georgia   30303-1740
(404) 525-1110
sonyab@atlch13tt.com