**IT IS ORDERED as set forth below:**

**Date: May 29, 2013**

_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | CASE NUMBER 12-54436-BEM |
| Suzanna Thurmon Sligh | } | |
| | } | CHAPTER 13 |
| **DEBTOR** | } | |
| Suzanna Thurmon Sligh | } | |
| **MOVANT** | } | CONTESTED MATTER |
| v. | } | |
| CitiMortgage, Inc. | } | |
| **RESPONDENT** | } | |

### ORDER

Debtor in the above-styled Chapter 13 case filed an Objection to the Proof of Claim of CitiMortgage, Inc., claim #7, (Docket #40) on December 26, 2012. A hearing on the objection was set for and held on February 5, 2013. As no one appeared in opposition to the Debtor's Objection to Claim, it is hereby

ORDERED that the Objection is **SUSTAINED** and the arrearage portion of the proof of claim of CitiMortgage, Inc., claim #7, shall be decreased by $1,106.00 for the 2 years of unnecessary force-placed hazard insurance.

**[END OF DOCUMENT]**

Presented By:

_____/s/_____
Lorena Saedi
Georgia Bar No. 622072
Saedi Law Group, LLC
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com
Attorney for Debtor


No opposition:

\_\_/s/_____
Sonya M. Buckley
Georgia Bar No. 140987
With Express Permission
191 Peachtree Street, N.E.
Suite 2200
Atlanta, GA 30303
Staff Attorney for Mary Ida Townson
Chapter 13 Trustee

DISTRIBUTION LIST

Saedi Law Group, LLC
3006 Clairmont Road, Ste 103
Atlanta, Georgia 30329

US Trustee
75 Spring Street, Room 363
Atlanta, Georgia 30303

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street, N.E.
Suite 2200
Atlanta, GA 30303

Suzanna Thurmon Sligh
785 Sunset Ridge Lane
Lawrenceville, GA 30045

CitiMortgage, Inc.
P.O. Box 6030
Sioux Falls, SD 57117-6030

Sheila Washington
Bankruptcy Specialist
CitiMortgage, Inc.
P.O. Box 6030
Sioux Falls, SD 57117-6030