```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION
```

**TRUSTEE'S SUPPLEMENTAL REPORT**

FOLLOWING ORDER ENTERED ON DOCKET ON FEBRUARY 21, 2013

CASE NO.: A12-54436-BEM    JUDGE: ELLIS-MONRO

DEBTOR(S):  SUZANNA T. SLIGH

TRUSTEE TO REPORT BACK

    WHETHER DEBTOR(S) PAYMENTS CURRENT

THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

    RECOMMENDS DISMISSAL BECAUSE:  THE DEBTOR HAS FAILED TO COMPLY WITH THE PAYMENT TERMS OF THE ABOVE-STATED ORDER; THE TRUSTEE HAS NOT RECEIVED ANY PLAN PAYMENTS IN THIS CASE SINCE JUNE 6, 2013.

    PLEASE ENTER ORDER OF DISMISSAL

July 10, 2013

                                                                     _____s/_____
                                                                       Sonya M. Buckley, Esq.
                                                                       for Chapter 13 Trustee
                                                                       GA. Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S):

SUZANNA T. SLIGH
785 SUNSET RIDGE LANE
LAWRENCEVILLE, GA 30045

ATTORNEY FOR DEBTOR(S):

SAEDI LAW GROUP
3006 CLAIRMONT RD
STE 103
ATLANTA, GA 30329

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 10th day of July, 2013

_____s/_____
Sonya M. Buckley, Esq.
for Chapter 13 Trustee
GA. Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110